**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


FILED
DEC 17 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**SARAH BUNTURA,**
*Plaintiff,*

v.

**FORD MOTOR COMPANY, et al.,**
*Defendants.*

**Case No. 1:24-cv-01811**

**Judge J. Philip Calabrese**

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO RECONSIDER INSTANTER**

**Plaintiff, Sarah Buntura,** respectfully moves this Honorable Court for leave to file her **Motion to Reconsider Instanter** pursuant to **Federal Rule of Civil Procedure 59(e) and Rule 60(b)**. Plaintiff submits this request to address **procedural unfairness** and clarify arguments and evidence that the Court's prior ruling overlooked.

**I. Good Cause Exists for Filing Instanter**

1. **Premature Ruling Prevented Filing of Supplemental Memorandum**
   On **December 13, 2024**, Plaintiff filed her **Motion to Vacate Judgment**, but it was **not docketed until after 3:00 PM** that day, as confirmed by the Clerk's Office. Recognizing the need to clarify arguments and present additional evidence, Plaintiff prepared a **Supplemental Memorandum.**
   On **December 16, 2024, at 5:56 AM**, Plaintiff **emailed the Clerk's Office** to inform them of her intent to file the Supplemental Memorandum later that day. **Despite this notice,**

the Court issued its ruling denying Plaintiff's Motion to Vacate **before the Supplemental Memorandum could be filed and considered.**

2. **Procedural Fairness and Manifest Injustice**

    The Court's ruling foreclosed Plaintiff's ability to present **material clarifications** and **key evidence** supporting her claims. The premature ruling creates **procedural unfairness**, particularly for a **pro se litigant** entitled to leniency under *Haines v. Kerner*, 404 U.S. 519 (1972), and *Erickson v. Pardus*, 551 U.S. 89 (2007). **Denying leave to file** would result in **manifest injustice** by depriving Plaintiff of the right to **fully and fairly present her claims.**

3. **Plaintiff's Filings Are Made in Good Faith**

    Plaintiff has acted **diligently and respectfully** throughout this matter. Her **Motion to Reconsider** raises **substantive legal and factual arguments**, including issues of procedural fairness, mischaracterization of claims, and systemic concerns. This motion is filed **in good faith** to ensure that all relevant arguments are **properly heard and considered**

## II. Relief Requested

For the foregoing reasons, Plaintiff respectfully requests that this Court:

1. **Grant leave to file the Motion to Reconsider Instanter;**
2. **Accept the attached Motion to Reconsider for immediate consideration;** and
3. Provide any **further relief this Court deems just and proper.**

Respectfully submitted,

*Sarah Buntura*
Sarah Buntura
4390 Southwick Blvd.
Brunswick, OH 44212
sarahbuntura@gmail.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SARAH BUNTURA,**
*Plaintiff,*

v.

**FORD MOTOR COMPANY, et al.,**
*Defendants.*

Case No. 1:24-cv-01811
Judge J. Philip Calabrese

**PLAINTIFF'S NOTICE OF NEW EVIDENCE AND EXHIBITS**

**Plaintiff, Sarah Buntura,** hereby submits the following evidence in support of her **Motion for Leave to File Motion to Reconsider Instanter and Motion to Reconsider:**

**EXHIBIT INDEX**

1. **Exhibit A: Motion to Reconsider**
   Supporting Plaintiff's request for reconsideration of the Court's dismissal.
   *Number of Pages: 6*
2. **Exhibit B: NLRB Charge Against Employer (Ford Motor Company)**
   Case No. 08-CA-346075.
   Supporting Plaintiff's statement regarding Ford's unfair labor practices.
   *Number of Pages: 2*
3. **Exhibit C: Letter Confirming Docketing of NLRB Charge**
   From the Regional Attorney – Case No. 08-CA-346075.
   Supporting Plaintiff's claims in the Supplemental Memorandum.
   *Number of Pages: 3*

**CERTIFICATION** Plaintiff certifies that the above-listed evidence is submitted **in good faith** to substantiate the claims raised in her **Motion for Leave** and **Motion to Reconsider**.

**Respectfully submitted,**

**Sarah Buntura**
4390 Southwick Blvd.
Brunswick, OH 44212
sarahbuntura@gmail.com