UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SARAH BUNTURA, | Case No. 1:24-cv-1811 |
| Plaintiff, | Judge J. Philip Calabrese |
| v. | Magistrate Judge Jennifer Dowdell Armstrong |
| FORD MOTOR COMPANY, *et al.*, | |
| Defendants. | |

## ORDER

Plaintiff Sarah Buntura seeks leave to file *instanter* another motion for reconsideration. In considering her motion, the Court has reviewed the entirety of the record, including in her original lawsuit (No. 24-cv-1313), her complaint and the record in this case, and the proposed motion she would like to file. Upon review of the record and with due consideration of her arguments, the Court adheres to its prior positions. Her claims lack merit and run headlong into procedural bars, such as res judicata, to their consideration.

One additional note. At the end of her proposed motion for reconsideration, Plaintiff includes in the prayer for relief a request that the Court "[g]rant Plaintiff leave to amend her complaint to incorporate clarified claims and evidence." (ECF No. 8-1, PageID #108.) Plaintiff does not attach a proposed amendment. Although Rule 15 generally directs a court to give leave to amend freely, Fed. R. Civ. P. 15(a)(2), perfunctory amendment requests at the end of a brief are inadequate. *See Pulte Homes, Inc. v. Laborers' Int'l Union of N. Am.*, 648 F.3d 295, 305 (6th Cir. 2011); *see*

*also Alexander v. Eagle Mfg. Co.*, 714 F. App'x 504, 511 (6th Cir. 2017) ("[A] request for leave to amend, almost as an aside, to the district court in a memorandum in opposition to the defendants motion to dismiss is not a motion to amend.") (cleaned up).

For these reasons, the Court **DENIES** Plaintiff's motion for leave to file *instanter*, **DENIES RECONSIDERATION**, and **DENIES** leave to amend.

**SO ORDERED.**

Dated: December 20, 2024

J. Philip Calabrese
United States District Judge
Northern District of Ohio