United States District Court for the Northern District of Ohio

FILED
DEC 20 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Sarah Buntura

Plaintiff,

vs.

CASE NO. 1:24-cv-1811

Judge J. Philip Calabrese

Ford Motor Company, et al.

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that **Sarah Buntura**,
(here name all parties taking the appeal)

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

**The final judgment dismissing Plaintiff's case and denying the motion for reconsideration**
(the final judgment) (from an order (describing it))

entered in this action on the **16th** day of **December**, **2024**.

(s) _[signature]_

Address: 4390 Southwick Blvd Brunswick, Ohio 44212

Phone #: 216-352 8569

Attorney for Pro Se

6CA-3